TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-01356/9900145097

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| IN RE:<br><br>Randy Martinez Amaral, Sr. and Linda Ann Amaral<br>        Debtors.<br><br>US Bank NA<br>        Movant,<br>vs.<br><br>Randy Martinez Amaral, Sr. and Linda Ann Amaral, Debtors; Edward J. Maney, Trustee.<br>        Respondents. | No. 2:05-bk-09205-CGC<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>4441 North 62nd Lane<br>Phoenix, AZ 85033 |
|---|---|

       US Bank NA secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

       1.    An Order was entered on November 16, 2005 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the MaricopaCounty, Arizona Recorder's Office, which encumbers the

following real property:

Lot 38, VILLAGE GREEN UNIT TWO, a subdivision recorded in Book 122 of Maps, page 29, records of Maricopa County, Arizona.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors are not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments(s) at $962.71 | $1,925.42 |
| (June 1, 2009 - July 1, 2009) | |
| 2 Late Charge(s) at $38.51 | $77.02 |
| (June 1, 2009 - July 1, 2009) | |
| 3 Monthly Payments(s) at $942.14 | $2,826.42 |
| (August 1, 2009 - October 1, 2009) | |
| 3 Late Charge(s) at $37.69 | $113.07 |
| (August 1, 2009 - October 1, 2009) | |
| Attorneys Fees | $150.00 |
| Suspense Amount | ($292.78) |
| Total | $4,799.15 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

4. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 13th day of October, 2009.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Suite 300
Phoenix, Arizona 850165
Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.