# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-01356/9900145097

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Randy Martinez Amaral, Sr. and Linda Ann Amaral<br>          Debtors.<br>―――――――――――――――<br>U.S. Bank, N.A.<br><br>          Movant,<br>  vs.<br><br>Randy Martinez Amaral, Sr. and Linda Ann Amaral, Debtors; Edward J. Maney, Trustee.<br><br>          Respondents. | No. 2:05-bk-09205-CGC<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>4441 North 62nd Lane<br>Phoenix, AZ 85033 |

     U.S. Bank, N.A. secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

     1.    An Order was entered on March 17, 2009 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust

recorded in the records of the MaricopaCounty, Arizona Recorder's Office, which encumbers the following real property:

   Lot 38, VILLAGE GREEN UNIT TWO, a subdivision recorded in Book 122 of Maps, page 29, records of Maricopa County, Arizona.

A Copy of said Order is attached hereto as Exhibit "A".

   2.   As of the date of this Notice of Default, the Debtors are not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---:|
| 4 Monthly Payments(s) at $942.14 | $3,768.56 |
| (September 1, 2009 - December 1, 2009) | |
| 3 Late Charge(s) at $37.69 | $113.07 |
| (September 16, 2009 - December 16, 2009) | |
| Attorneys Fees | $150.00 |
| Suspense Amount | ($310.51) |
| Total | $3,721.12 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

   4.   Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

   DATED this 8th day of December, 2009.

                              TIFFANY & BOSCO, P.A.

                              By  /s/ MSB # 010167
                                 Mark S. Bosco
                                 Leonard J. McDonald
                                 2525 East Camelback Road
                                 Suite 300
                                 Phoenix, Arizona 850165
                                 Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.